```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re Application of
ITAU UNIBANCO S.A. NASSAU BRANCH,
for an Order to Take Discovery for Use in Foreign
Proceedings Pursuant to 28 U.S.C. § 1782

24-MC-459 (JHR) (KHP)

**ORDER SCHEDULING ORAL ARGUMENT**

-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

An oral argument in this matter is hereby scheduled for **Monday, March 10, 2025 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

DATED:   New York, New York
         February 27, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge