```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re Application of
ITAU UNIBANCO S.A. NASSAU BRANCH,
for an Order to Take Discovery for Use in Foreign
Proceedings Pursuant to 28 U.S.C. § 1782

-------------------------------------------------------------------X

24-MC-459 (JHR) (KHP)

**ORDER REQUESTING JOINT STATUS LETTER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

**By April 30, 2025**, the parties shall file a Joint Status Letter updating the Court on the status of discovery.

        **SO ORDERED.**

DATED:    New York, New York
               March 26, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge