```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In re Application of
ITAU UNIBANCO S.A. NASSAU BRANCH,
for an Order to Take Discovery for Use in Foreign
Proceedings Pursuant to 28 U.S.C. § 1782

24-MC-459 (JHR) (KHP)

**ORDER REQUESTING JOINT**
**STATUS LETTER**

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of the Parties' joint status letter filed October 9, 2025. (ECF No. 48). The Court directs the Parties to file an additional Joint status Letter by **November 14, 2025**.

**SO ORDERED.**

DATED:      New York, New York
            October 14, 2025

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge