```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In re Application of
ITAU UNIBANCO S.A. NASSAU BRANCH,
for an Order to Take Discovery for Use in Foreign
Proceedings Pursuant to 28 U.S.C. § 1782

24-MC-459 (JHR) (KHP)

**ORDER REQUESTING JOINT STATUS LETTER**

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of the Parties' joint status letter filed November 14, 2025 and thanks the Parties for the update. (ECF No. 50). The Court directs the Parties to file an additional Joint status Letter by **December 15, 2025**.

**SO ORDERED.**

DATED:   New York, New York
         November 17, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge