```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In re Application of
ITAU UNIBANCO S.A. NASSAU BRANCH,
for an Order to Take Discovery for Use in Foreign
Proceedings Pursuant to 28 U.S.C. § 1782

-----------------------------------------------------------------X

**24-MC-459 (JHR) (KHP)**

**ORDER REQUESTING JOINT**
**STATUS LETTER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of the Parties' joint status letter filed December 15, 2025 and

thanks the Parties for the update.  (ECF No. 52).  The Court directs the Parties to file an

additional Joint status Letter by **January 15, 2026**.  If the parties feel that a conference in this

matter would be productive, they should make that representation in the upcoming letter

   **SO ORDERED.**

DATED:    New York, New York
     December 16, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge