```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/16/2026
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In re Application of
ITAU UNIBANCO S.A. NASSAU BRANCH,
for an Order to Take Discovery for Use in Foreign
Proceedings Pursuant to 28 U.S.C. § 1782

24-MC-459 (JHR) (KHP)

**ORDER REQUESTING JOINT**
**STATUS LETTER**

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of the parties' joint status letter filed January 15, 2026 and thanks the Parties for the update.  (ECF No. 54).  In light of the parties' representation that a conference in this matter may be warranted to aid in the resolution of outstanding discovery issues, the Court directs the parties to file an additional joint status Letter by **January 30, 2026** informing the Court as to whether the parties feel a status conference would be productive.

**SO ORDERED.**

DATED:    New York, New York
          January 16, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge