```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/16/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Application of
ITAU UNIBANCO S.A. NASSAU BRANCH,
for an Order to Take Discovery for Use in
Foreign Proceedings Pursuant to 28 U.S.C.
§ 1782

24-MC-459 (JHR) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The Court is in receipt of Petitioner's letter filed on March 13, 2026.  In light of the representations made at the March 12, 2026 Case Management Conference, in Petitioner's letter, and in ECF No. 54-1, the parties are directed to meet and confer in good faith to attempt to either narrow the pending discovery dispute or resolve the issues in their entirety.  If the parties are unable to reach a resolution, they are then directed to file a letter with the Court by **April 6, 2026** setting out a proposed briefing schedule for Petitioner's motion to compel.

Dated: March 16, 2026
       New York, New York

**SO ORDERED**.

_____
**KATHARINE H. PARKER**
**United States Magistrate Judge**